Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
Brennen D Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
dgutke@efsmmlaw.com
bmarshall@efsmmlaw.com

*Attorneys for Defendant Jan Joachim Arlt*

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| LIDIA ALEJANDRA GOMEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>JAN JOACHIM ARLT, an individual; DOES I through X, and ROE Corporations I through X, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-01170-GMN-DJA**<br><br>**JOINT STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LIDIA ALEJANDRA GOMEZ and Defendant JAN JOACHIM ARLT, by and through their respective undersigned counsel of record, that this entire matter be dismissed against all parties with prejudice. Each party shall bear their own costs, expenses, and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Gomez v. Arlt*
*Case No. 2:25−cv−01170−GMN-DJA*
*Joint Stipulation and Order Dismissing Case With Prejudice*

Dated: March 3, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ David W. Gutke*
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant Jan Joachim Arlt*

**GINA CORENA & ASSOCIATES**

*/s/ Julia Armendariz*
Gina M. Corena, Esq. (SBN 10330)
Julia Armendariz, Esq. (SBN 15865)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:_____March 5, 2026_____

Case No.  2:25-cv-01170-GMN-DJA

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ David W. Gutke*
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant Jan Joachim Arlt*

- 2 -